UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| FRANK ARBOUR, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CV-07-26-B-W |
| | ) | CR-02-73-B-W |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## AMENDED[1] ORDER AFFIRMING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objection having been filed to the Magistrate Judge's Recommended Decision filed October 23, 2009, the Recommended Decision is accepted.

Accordingly, it is hereby ORDERED that the Recommended Decision of the Magistrate Judge is hereby AFFIRMED.

It is further ORDERED that the Petitioner's 28 U.S.C. § 2255 Petition (Docket # 1) be and hereby is DENIED.

It is further ORDERED that no certificate of appealability should issue in the event the Petitioner files a notice of appeal because there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C. § 2253(c)(2).

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
CHIEF UNITED STATES DISTRICT JUDGE

Dated this 16th day of November, 2009

---

[1] This Amended Order corrects the caption of the case. The Respondent should be United States of America, not State of Maine, that was indicated on the Order Affirming (Docket # 27).